# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
*http://www.wied.uscourts.gov*

October 4, 2021

Martin J. Wasserman
Carlson Dash. LLC
216 South Jefferson Street - Suite 504
Chicago, Illinois 60661

  Re:  PNC Bank, National Association v. United States Manufactured Products, LLC, et al.
        Case No. 21-CV-626

Dear Mr. Wasserman:

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the answer of the defendants in the above-case was due within 14 days of denial of their 12(b)(6) motion to dismiss. The file shows that electronic service of the order denying their motion was made on the defendants' counsel on September 9, 2021. The defendants have not filed an answer, although the time for such service has expired.

Please inform the Court in writing, within 21 days of the date of this letter, of your plans with regard to the disposition of this case. Failure to comply with this request could result in the dismissal of this action for lack of prosecution. See Civil L.R. 41(b) (E.D. Wis.).

Very truly yours,

GINA M. COLLETTI
Clerk of Court

s/ Linda M. Zik
Courtroom Deputy Clerk to
Magistrate Judge William E. Duffin

cc:    Attorney Lane HW Fitzgerald